578 A.2d 1226

IN THE MATTER OF GERALD C. KELLY, AN ATTORNEY AT LAW.

Decided September 12, 1990.

ORDER

This matter having been duly presented to the Court, it is ORDERED that the motion for reconsideration of the Court's Order of disbarment is denied; and it is further

ORDERED that the stay of respondent's disbarment is hereby vacated, effective with the filing of the within Order.